UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-7327-CAS(SSx) | Date | December 16, 2008 |
|---|---|---|---|
| Title | *JOSEPH LOMBARDI v. DIRECTTV GROUP, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

      **IT IS HEREBY ORDERED** that **Plaintiffs' attorney, Richard J. Burke**, show cause in writing not later than __**January 5, 2009**__  why this Court should not strike its Order on Application of Non-Resident Attorney to Appear in a Specific Case filed December 10, 2008 [docket no. 27], and further strike any and all pleadings filed by this attorney, based on why this Court is unable to verify Mr. Burke's Certificate of Good Standing.  Pursuant to the Court's review, the Court found that Mr. Burke is in good standing from Illinois, but that the Court is unable to verify that Mr. Burke is licensed to practice in Missouri, as submitted to the Court in his Certificate of Good Standing attached to his Application of Non-Resident Attorney to Appear in a Specific Case filed December 9, 2008.

      In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

      Plaintiff's counsel is advised that the Court will consider the following:

**1)**     *Correct Certificate of Standing and/or Proof that Mr. Burke is Licensed to Practice in Missouri*

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |