JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 08-7327-AG(ANx)                                        Date   February 5, 2009

Title   Joseph Lombardi, et al v. Directv, Inc., et al

---

Present: The Honorable     ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:   (In Chambers)     ORDER DISMISSING CONSOLIDATED CASE


   On January 26, 2009, this matter was consolidated into case SACV 08-741-AG(ANx): Annette Kahaly, et al v Directv, Inc., et al

   Accordingly, the Court orders the above-entitled action dismissed.


                                                                          :      0

                                                  Initials of Preparer    lmb